# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCE INTERNATIONAL, LLC, <br><br>　　　　Plaintiff, <br><br>v. <br><br>FRESH IS BEST, INC., et al., <br><br>　　　　Defendants. | No. 2:19-cv-05935-JAK (ASx) <br><br>**JUDGMENT** <br><br>**JS-6: CASE TERMINATED** |

IT IS HEREBY ADJUDGED that Plaintiff PRODUCE INTERNATIONAL, LLC, a limited liability company, is entitled to immediate entry of default judgment against Defendants as follows:

FRESH IS BEST, INC., a California corporation, as to the Complaint's First Cause of Action (Enforcement of PACA Order), Second Cause of Action (Breach of Contract), Third Cause of Action (Enforcement of Statutory PACA Trust Provisions), and Fourth Cause of Action (Violation of PACA: Failure to Account and Pay Promptly);

EVER MELCHOR, an individual, as to the Complaint's Third Cause of Action (Enforcement of Statutory PACA Trust Provisions), Fifth Cause of Action (Breach of Fiduciary Duty), and Seventh Cause of Action (Breach of Personal Guaranty);

ANTONIO MELCHOR, an individual, as to the Complaint's Third Cause of Action (Enforcement of Statutory PACA Trust Provisions), Fifth Cause of Action (Breach of Fiduciary Duty), and Seventh Cause of Action (Breach of Personal Guaranty); and

REINA MELCHOR, an individual, as to the Complaint's Third Cause of Action (Enforcement of Statutory PACA Trust Provisions) and Fifth Cause Action (Breach of Fiduciary Duty),

jointly and severally, in the amount of $28,326.20 as follows, all of which qualifies for trust protection under the trust provisions of the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. § 499e, *et seq.*]:

(i) Principal in the amount of $17,638.50;

(ii) Pre-judgment in the amount of $8,736.35, calculated at the rate of 10% per annum;

(iii) Attorney's fees of $1,951.35;

(iv) Costs in the amount of $_____; and

(v) Post-judgment interest at a rate of 4.53%, calculated as called for by 28 U.S.C. § 1961.

IT IS HEREBY ADJUDGED that this judgment is entered pursuant to Fed. R. Civ. P. 54(b) and 55(b)(2).

**IT IS SO ORDERED.**

Dated: April 19, 2023            _____

John A. Kronstadt

United States District Judge